I concur in that part of the majority opinion that affirms McGahee's conviction of two counts of capital murder. I respectfully dissent from that part of the majority opinion that vacates McGahee's death sentence and remands the case for a new sentencing hearing.
The basis for the majority's remand is the sentencing hearing testimony of Roy Brown, one of the victim's brother. The majority reasoned that Roy's testimony was irrelevant because it did not tend to prove the aggravating circumstance of Ala. Code 1975, § 13A-5-49(3), for which it was offered. While this may be true, I believe that any such testimony did not rise to the level of prejudice expressed in Booth v. Maryland,482 U.S. 496, 107 S.Ct. 2529, 96 L.Ed.2d 440 (1987).
In view of the foregoing and because evidence of other aggravating circumstances was presented that would support the sentence of death, I believe that both the conviction and the sentence should be affirmed.